■ In the Matter of Shajada B. and Others, Children Alleged to be Neglected. Samantha N., Appellant; Administration for Children's Services, Respondent. [46 NYS3d 876]—

Order of disposition, Family Court, Bronx County (Alma M. Gomez, J.), entered on or about May 14, 2015, to the extent it brings up for review an order of fact-finding, same court (Erik S. Pitchal, J.), entered on or about February 20, 2015, which found that respondent mother neglected the subject children, unanimously affirmed, without costs.

A preponderance of the evidence supports the finding of neglect (*see* Family Ct Act § 1046 [b] [i]). The court properly found that the subject children's physical, mental or emotional condition was in imminent danger of becoming impaired, since the mother had left a daughter to supervise her younger siblings, who were nine, seven and six, respectively, for extended periods of time, without a working telephone, adequate food, or instruction as to how to care for the younger children (*see* Family Ct Act § 1012 [f] [i] [A]; *Matter of Lah De W. [Takisha W.]*, 78 AD3d 523 [1st Dept 2010]).

The court also properly found neglect based on the mother's regular misuse of marijuana in the home while the children were present (*see* Family Ct Act § 1012 [f] [i] [B]; *Matter of Keoni Daquan A. [Brandon W.—April A.]*, 91 AD3d 414, 415 [1st Dept 2012]). Under the circumstances, petitioner agency was not required to prove actual or imminent impairment to the children (*id.* at 415). There is no basis to disturb the court's credibility determinations (*see Matter of Irene O.*, 38 NY2d 776,

777 [1975]). Concur—Friedman, J.P., Richter, Kapnick and Kahn, JJ.